UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANLEY JORDAN, JR. | CIVIL ACTION |
| VERSUS | NO. 15-3777 |
| JOHN H. GIBSON, JR. | SECTION "N" (3) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation field by the plaintiff on November 16, 2015 (Rec. Doc. No. 10), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction and/or improper venue.

New Orleans, Louisiana, this 29th day December, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE